UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN MCGHIE,

        Plaintiff(s),

     v.

FORD MOTOR COMPANY,

        Defendant(s).

_____/

No. C 02-3646 PJH

**ORDER SETTING CASE
MANAGEMENT CONFERENCE
FOR REMANDED CASE**

TO ALL PARTIES AND COUNSEL OF RECORD:

It has just come to this court's attention, by virtue of this matter's appearance on an overdue case list, that this matter was remanded to this district on April 22, 2004 pursuant to a conditional remand order entered by the Judicial Panel on Multidistrict Litigation.  It is not clear to the court why the parties have not requested that this matter be called so that future proceedings can be calendared.  Accordingly a Case Management Conference shall be held on September 13, 2007, at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case.  To that end, the parties shall first meet and confer and then they shall file a joint  case management statement setting forth a proposal for the scheduling and resolution of the remaining issues.  The statement shall be filed no later than seven (7) calendar days prior to the conference.  If the matter has settled, the parties shall so advise the court in writing, in which case the conference may be vacated.

**SO ORDERED.**

Dated: August 22, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge