| | |
|---|---|
| 1 | CHRISTOPHER MOSCONE State Bar No. 170250 |
| | e-mail: moscone@meqlaw.com |
| 2 | JAMES A. QUADRA State Bar No. 131084 |
| | e-mail: quadra@meqlaw.com |
| 3 | MOSCONE, EMBLIDGE, & QUADRA, LLP |
| | 220 Montgomery Street |
| 4 | Suite 2100, Mills Tower |
| | San Francisco, California 94104 |
| 5 | Telephone:   (415) 362-3599 |
| | Facsimile:    (415) 362-2006 |
| 6 | |
| | Attorneys for Plaintiffs |
| 7 | Shawn Mcghie |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MCGHIE, | Case No.  C 02-3646 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)  AND ORDER** |
| v. | |
| FORD MOTOR COMPANY, | Judge:    Hon. Phyllis J. Hamilton |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii).  Each of the parties shall bear all of his or its own attorneys' fees and costs incurred in connection with this matter.

Dated: September  11, 2007                                MOSCONE, EMBLIDGE & QUADRA, LLP


By_____/s/_____
CHRISTOPHER MOSCONE
Attorneys for Plaintiff
SHAWN MCGHIE

1

STIPULATION OF DISMISSAL                                                                        Case No. C 02-3646 PJH

Dated:  September _11_, 2007                    O'MELVENY & MYERS LLP

                                                By_____/s/_____
                                                    Debra S. Belaga
                                                    Attorneys for Defendant
                                                    FORD MOTOR COMPANY



9/12/07

2
STIPULATION OF DISMISSAL                                    Case No. C 02-3646 PJH